OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

02 1R          $ 00.26⁵
0006557458      APR 09 2015
MAILED FROM ZIPCODE 78701

**4/6/2015**

**SALINAS, BILLY JOE      Tr. Ct. No. CR-692-08-F(1)**      WR-83,091-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

BILLY JOE SALINAS
- TDC # 1519690